IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>EUGENE MURRAY,<br>Defendant. | Case No.  19-cr-00400-MMC-2<br><br>**ORDER VACATING SENTENCING HEARING** |

The Court is in receipt of the government's Sentencing Memorandum, filed April 15, 2020, in which the government recommends a prison term equal to the time defendant spent in custody prior to his pretrial release.  Given the outstanding bench warrant, however, the Court declines to impose the recommended sentence at this time and finds it preferable to defer sentencing until the bench warrant has been served or is otherwise discharged.

Accordingly, the sentencing hearing presently scheduled for April 22, 2020, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: April 17, 2020

MAXINE M. CHESNEY
United States District Judge